# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2276
_____

CAPITAL MARKETS GROUP, et al.,

Appellants,

v.

LENDINGHOME FUNDING CORP.,

Appellee.

_____


On appeal from the Circuit Court for Nassau County.
Steven Fahlgren, Judge.

June 4, 2019


PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Arthur I. Jacobs, Richard J. Scholz, and Douglas A. Wyler of Jacobs, Scholz & Wyler LLC, Fernandina Beach, for Appellants.

Morgan L. Weinstein of Weinstein Law, P.A., Fort Lauderdale, Damian G. Waldman of Law Offices of Damian G. Waldman, P.A., Largo, and David A. Friedman of Van Ness Law Firm, P.A., Deerfield Beach, for Appellee.